# Lyndey R. Z. Bryant

| | |
|---|---|
| **From:** | Raymond R. Ferrera <Ray.Ferrera@arlaw.com> |
| **Sent:** | Friday, August 02, 2019 9:25 PM |
| **To:** | Michael Dulin |
| **Cc:** | Lyndey R. Z. Bryant |
| **Subject:** | Re: Winglet v. Felker revised settlement docs |

Michael,

First of all, you owed us a duty to confer prior to filing this motion, a duty with which you unfortunately did not comply.

Moreover, we had previously agreed that all of our communications regarding settlement were protected under FRE 408, a duty which you have now violated by attaching our communications in support of your motion.

We will respond and defend against this motion shortly.

Ray

Sent from my iPhone

On Aug 2, 2019, at 5:38 PM, Michael Dulin <MDulin@polsinelli.com> wrote:

> Ray,
>
> I am sorry your client has taken this position. I know you have worked hard to get this matter resolved and am sorry we were not able to get this matter wrapped up this week. Unfortunately, I we will be required to put this to the Court. Therefore, we are moving forward with filing a motion to enforce our settlement agreement.
>
> Talk soon. Have a good weekend.
>
> **Michael Dulin**
> *Shareholder*
>
> mdulin@polsinelli.com
> 303.583.8239
> 1401 Lawrence Street, Suite 2300
> Denver, CO 80202
> polsinelli.com
>
> <image001.png>
> Polsinelli PC, Polsinelli LLP in California
>
> **From:** Raymond R. Ferrera [mailto:Ray.Ferrera@arlaw.com]
> **Sent:** Friday, August 02, 2019 12:40 PM
> **To:** Michael Dulin
> **Subject:** Winglet v. Felker revised settlement docs
> **Importance:** High
>
> **EXTERNAL EMAIL**
>
> **PROTECTED COMMUNICATION UNDER F.R.E. 408**

1

Exhibit 1

REDACTED

REDACTED

REDACTED

REDACTED