# EXHIBIT K

| | |
|---|---|
| **From:** | Raymond R. Ferrera <Ray.Ferrera@arlaw.com> |
| **Sent:** | Friday, August 02, 2019 9:28 AM |
| **To:** | Michael Dulin |
| **Subject:** | Winglet v Felker |

**EXTERNAL EMAIL**

Michael,

Thank you for your message yesterday. I've considered your comments and conferred again with my client, and will offer a final proposed version of the settlement within an hour or two that will hopefully suit our respective needs. I do not need the call I requested yesterday.

Thanks,
Ray

Sent from my iPhone



**Raymond R. Ferrera**
Partner
ADAMS AND REESE LLP

1221 McKinney Street, Suite 4400 | Houston, Texas 77010, USA
**main** +1.713.652.5151 | **direct** +1.713.308.0127 | **mobile** +1.713.301.6746
**efax** +1.713.308.4001 | **fax** +1.713.652.5152

**ray.ferrera@arlaw.com**

**website bio vCard map**